~~EXHIBIT A~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-22-15

---

DAELIM TRADING CO., LTD,

                      Plaintiff,

-vs-

GIAGNI ENTERPRISES, LLC, SVG ENTERPRISES LLC, AQUASSENCE, LLC, XYZ CORPORATION 1-20, successor corporations to GIAGNI ENTERPRISES LLC, VINCENT GIAGNI, JR., STEPHEN GIAGNI, VINCENT GIAGNI, SR. & LEONORA GIAGNI, JOINTLY AND SEVERALLY,

                      Defendants.

10 CV 2944 (VB)(GAY)

**STIPULATION AND ORDER OF DISMISSAL <u>WITH PREJUDICE</u>**

---

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Daelim Trading Co., Ltd. ("Plaintiff"), and Defendants Giagni Enterprises, LLC, SVG Enterprises, LLC, Aquassence, LLC, Vincent Giagni, Jr., Stephen Giagni, Vincent Giagni, Sr. and Leonora Giagni (collectively "Defendants"), that all of Plaintiff's claims and Defendants' counterclaims in the Complaint and Answers in the above-captioned action are dismissed, <u>with prejudice</u>, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear their own costs and attorneys' fees.

      This Stipulation may be executed using scanned/facsimile signatures, and in counterparts, with the same effect as if the signatures were original and made on the same instrument.

Dated: January 16, 2015

LAW OFFICES OF JONATHAN Y. SUE, PLLC

By: Jonathan Y. Sue, Esq.
*Attorneys for Plaintiff*
303 Fifth Avenue, Suite 1302
New York, New York 10016
T: 212.967.1001   F: 917.464.3793
js@jyspllc   mk@jyspllc.com

Veneruso, Curto, Schwartz & Curto

By: Joseph R. Curto, Esq.
*Co-Counsel for Defendants*
Hudson Valley Bank Building
35 East Grassy Sprain Road
Yonkers, New York 10710
T: 914.779.1100 F: 914.779.0369
jcurto@vcsclaw.com

Herrick, Feinstein LLP

By: Ross L. Hirsch, Esq.
*Co-Counsel for Defendants*
2 Park Avenue
New York, New York 10016
T: 212.592.5961 F: 212.545.2330
rhirsch@herrick.com

SO ORDERED:

_____
Hon. Vincent L. Briccetti, U.S.D.J.

1/22/15

Law Offices Of
Jonathan Y. Sue, PLLC
303 Fifth Avenue
Suite 1302
New York, NY 10016
212.967.1001